UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| DANNY R. BRYANT, Jr., : <br><br> Plaintiff, : <br><br> v. : <br><br> SGT. EL SLOAN, et al., : <br><br> Defendants. : | Civ. No. 24-263 (RK) (JBD) <br><br><br> **MEMORANDUM & ORDER** |

Plaintiff, Danny R. Bryant, Jr. ("Plaintiff" or "Bryant"), was formerly an inmate at the New Jersey State Prison ("NJSP") in Trenton New Jersey. He is proceeding *pro se* with a recently submitted civil rights complaint filed pursuant to 42 U.S.C. § 1983. *See* ECF No. 1. To date, Plaintiff has neither paid the $405.00 filing fee nor has he applied to proceed *in forma pauperis*. Plaintiff's address of record at the NJSP is also no longer accurate as Plaintiff is not incarcerated there. *See https://www-doc.state.nj.us/DOC_Inmate/details?x=1558135&n=0* (last visited on February 1, 2024) (indicating Plaintiff's release from NJSP on January 8, 2024).

Plaintiff is in violation of Local Civil Rule 10.1, which requires him to keep the Court advised of his updated address. *See* L. Civ. R. 10.1(a) ("Counsel and/or unrepresented parties must advise the Court of any change in their or their client's address within seven days of being apprised of such change by filing a notice of said change with the Clerk."). Additionally, as noted *supra,* Plaintiff has not paid the filing fee nor applied to proceed *in forma pauperis*. Therefore, this matter will be administratively terminated at the present time.

Accordingly, IT IS this ___ day of February, 2024,

ORDERED that by failing to provide the Court with his current address, Plaintiff has not complied with Local Civil Rule 10.1; and it is further

ORDERED that as a result of Plaintiff failing to update his address as well as failing to pay the filing fee or submit an *in forma pauperis* application, the Clerk shall ADMINISTRATIVELY TERMINATE this case; and it is further

ORDERED that if Plaintiff updates his contact information in conjunction with either paying the filing fee or submitting a complete application to proceed *in forma pauperis* within thirty (30) days of the date of this order, the Court will re-open this matter; and it is further

ORDERED the Clerk shall serve this memorandum and order on Plaintiff by regular U.S mail at his last listed address of record.

                                                                                    ROBERT KIRSCH
                                                                                    United States District Judge